**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDY FOUNDERS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 1:16-cv-0265-WTL-TAB |
| ) | |
| VOX MEDIA, INC. and ) | |
| THE VERGE GROUP LLC, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT VOX MEDIA, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a)(1), the undersigned, counsel of record for Defendant Vox Media, Inc. ("Vox Media"), certifies that Vox Media has no parent corporation and that the publicly-traded company Comcast Corporation owns 10% or more of Vox Media's stock through subsidiaries. These disclosures are made to enable the Court to evaluate possible disqualification or recusal.

Dated: February 29, 2016

Respectfully submitted,

*/s/Steven M. Badger*
Steven M. Badger
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
steve.badger@btlaw.com
(317) 231-7293 (phone); (317) 231-7433 (fax)

*Attorney for Defendant Vox Media, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system on the following counsel of record this 29th day of February, 2016.

    M. Zachary Gordon
    Taft Stettinius & Hollister LLP
    One Indiana Square
    Suite 3500
    Indianapolis, IN 46204
    zgordon@taftlaw.com

    Jonathan G. Polak
    Taft Stettinius & Hollister LLP
    One Indiana Square
    Suite 3500
    Indianapolis, IN 46204
    jpolak@taftlaw.com

                                                      */s/Steven M. Badger*

DMS 3775065v1