UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDY FOUNDERS LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:16-cv-00265-WTL-TAB |
| | ) | |
| VOX MEDIA, INC., | ) | |
| THE VERGE GROUP, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This cause is set for a telephonic status conference at 11:15 a.m. on April 28, 2017.**

Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660.

The purpose of this conference is to discuss a discovery dispute.

Dated: 4/25/2017

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.